The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

TERA SHAEFFER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JIREH HOLDINGS, LLC, d/b/a NORTHWEST RETIREMENT PLAN CONSULTANTS, LLC and UNIVERSAL AUTO GROUP I, INC. d/b/a TACOMA DODGE CHRYSLER JEEP,

Defendants.

Case No. 3:25-cv-05510-BHS

ORDER GRANTING JOINT MOTION TO REMAND

Pending before the Court is the Parties' Joint Motion to Remand. The Parties seeks remand of *Shaeffer v. Jireh Holdings, LLC et al*, No. 3:25-cv-05510-BHS to Pierce County Superior Court. The Court, upon consideration of the Motion and for good cause shown, GRANTS the Joint Motion.

The Court therefore ORDERS as follows:

1.  All further proceedings are REMANDED to Pierce County Superior Court in the State of Washington;

2.  The Clerk shall transmit the record herein to the Clerk for the Pierce County Superior Court;

ORDER PLAINTIFF'S MOTION TO REMAND - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

3. The Parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the Courts of the State of Washington;

4. The Clerk shall CLOSE this case.

Dated this 3rd day of December, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER PLAINTIFF'S MOTION TO REMAND - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

*s/Kaleigh N. Boyd*
Jason T. Dennett**,** WSBA #30686
Kaleigh N. Boyd, WSBA #52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: (206) 682-5600/Fax: (206) 682-2992
kboyd@tousley.com
jdennett@tousley.com

Jeff Ostrow (pro hac vice forthcoming)
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: 954-525-4100
ostrow@kolawyers.com

*Counsel for Plaintiff and the Proposed Class*

ORDER PLAINTIFF'S MOTION TO REMAND - 3